**Exhibit A to the Complaint**

**Location:** Huntington Beach, CA  
**Total Works Infringed:** 76

**IP Address:** 47.146.163.85  
**ISP:** Frontier Communications

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | BD08CDC4AB37B1F288F5D245BC77FD72EC17895E | 10/01/2019 18:13:23 | Tushy | 07/05/2019 | 08/27/2019 | PA0002213300 |
| 2 | 1BB2EF62252597B1353F2947F015A86982A0E19F | 10/01/2019 18:12:36 | Vixen | 07/28/2019 | 08/22/2019 | PA0002195513 |
| 3 | 557B5DAD5E3CAC1EBF7F510D67437F1D01235D11 | 10/01/2019 18:11:58 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 4 | F4564B01B8BEA3C8E6AF2B2CD6DE955D31637880 | 09/15/2019 04:08:41 | Blacked | 12/16/2018 | 02/02/2019 | PA0002154976 |
| 5 | 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32 | 09/15/2019 04:05:19 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 6 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | 09/15/2019 03:41:29 | Vixen | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 7 | F84DCE97DEB71401BE49198E7C5E446530B70B41 | 09/15/2019 03:40:10 | Vixen | 04/19/2019 | 05/28/2019 | PA0002200778 |
| 8 | B7F9B4455C8C085B75BD0E4E23AA26317B2DE1FB | 08/16/2019 16:28:37 | Vixen | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 9 | FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9 | 08/12/2019 18:18:11 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 10 | E46B81E1A71E3AC4E1FF3BC9B79FCF54E0D2AF00 | 08/04/2019 00:45:51 | Blacked | 11/01/2017 | 11/27/2017 | PA0002098034 |
| 11 | D789BCE0D78834D6638DD1902EE9F64A6F1378FA | 08/04/2019 00:45:39 | Blacked | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 12 | E895E4E69F428DABB264A9F9B1A6F7955127088E | 08/04/2019 00:45:29 | Blacked | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 13 | B2CC6C343394C4F50E5CFE3B97F6FD3CCA7A7DB7 | 08/04/2019 00:45:08 | Blacked | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 14 | 4FF2E4454B7FDC55C5009D8FD01EBA4DF65386EF | 08/04/2019 00:44:57 | Blacked | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 15 | FD4B053B28E588D31F2762D6FC81EE67B580D4B6 | 08/03/2019 20:42:28 | Blacked | 11/11/2018 | 11/25/2018 | PA0002136642 |
| 16 | 03A9A3217B242EC03B40298741E5D12C83BBFA88 | 08/03/2019 20:42:16 | Blacked | 06/14/2019 | 07/17/2019 | PA0002188312 |
| 17 | 38506E94BA819300B3A0C2356A75ACA8BE4A65DB | 08/03/2019 20:41:44 | Blacked | 03/11/2018 | 04/17/2018 | PA0002116091 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 5D16EC2FE6C9F9FA9F5476C90525208D413532F1 | 08/03/2019 20:41:25 | Blacked | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 19 | 617590A4A03E0F5156896C6DD1F006775B6CA43C | 08/03/2019 20:41:12 | Blacked Raw | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 20 | EA940B8AA781644B98523FD3D1B0B6809C9A5229 | 08/03/2019 20:41:12 | Blacked | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 21 | B1175F1372648DE81684C06975EBCC841609C237 | 08/03/2019 20:41:10 | Blacked | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 22 | A01F9474807C40CD315CA9F91AE8FCD561A34CE3 | 08/03/2019 20:41:08 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 23 | 65F85A23FD47D37DA85E22CEB0B8A5DB57FAE27F | 08/03/2019 20:41:05 | Blacked Raw | 03/08/2019 | 04/29/2019 | PA0002169934 |
| 24 | 8380829FBFACEF0EE48B37AF15910E96A5E8329C | 08/03/2019 20:41:02 | Blacked Raw | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 25 | B426DA516B5F87C97B1C1D5732F040BC16B1F5A4 | 07/26/2019 13:53:25 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 26 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | 07/11/2019 07:23:43 | Blacked | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 27 | EE39528C7065FF52B465D599BA395BF972CD06E6 | 06/30/2019 09:16:33 | Blacked | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 28 | 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96 | 06/16/2019 17:38:10 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 29 | A90A83B444B4CCE14D07FBDCB7364C00F265F746 | 06/16/2019 02:09:42 | Blacked Raw | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 30 | B516A3E9165A896151755CD66AC05294CC7A6534 | 06/16/2019 01:58:04 | Blacked Raw | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 31 | 1D6849CC4397C829BD9795482CF26354E9497B1E | 06/16/2019 01:55:12 | Blacked Raw | 02/26/2018 | 03/02/2018 | PA0002104869 |
| 32 | 9A5ACC9C958C00F1B826AC91A7DB3423BCE3F400 | 06/16/2019 01:51:13 | Blacked Raw | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 33 | 73098F3107FBE8E4AE1441F54DB3A42BC0D2E71E | 06/16/2019 01:47:02 | Blacked Raw | 02/06/2018 | 02/20/2018 | PA0002104186 |
| 34 | FE8586A3E2E42843D97F31A442D43074550DF1E1 | 06/16/2019 01:46:46 | Blacked Raw | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 35 | A7671D9A943B4580C4CA097645722A9860A70621 | 06/16/2019 01:45:45 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |
| 36 | 3E4D1B5168D11A249867DAEBCF3B524396BF2FF4 | 06/16/2019 01:45:01 | Blacked Raw | 03/08/2018 | 04/17/2018 | PA0002116094 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | 84AACBC9CFE62E91C235F4812049D494261798A9 | 06/16/2019 01:44:22 | Blacked Raw | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 38 | 513CB9E61DF411524C28BF1037BEBE3541C067E2 | 06/16/2019 01:44:07 | Blacked Raw | 02/01/2019 | 03/24/2019 | PA0002183205 |
| 39 | 946096CD5ADCC4055355EB92A4FA7D688F89579A | 06/16/2019 01:43:00 | Blacked Raw | 05/02/2018 | 06/19/2018 | PA0002126647 |
| 40 | 7D0D6DA35D52C71A720392F45BDE107C238414E5 | 06/16/2019 01:42:22 | Blacked Raw | 01/02/2019 | 02/02/2019 | PA0002155379 |
| 41 | ADE1368B6E46C601134E08553491193B57B6B7C9 | 06/16/2019 01:41:57 | Blacked Raw | 03/18/2018 | 04/17/2018 | PA0002116068 |
| 42 | 55A019F95498FFF6953BDC9FF3C6F39634C1A6C2 | 06/16/2019 01:41:56 | Blacked Raw | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 43 | 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C | 06/16/2019 01:41:52 | Blacked Raw | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 44 | 06F39379F3307C4AF45B6ED9D488BCD8AD3FFDC1 | 06/16/2019 01:41:46 | Blacked Raw | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 45 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | 06/16/2019 01:41:41 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 46 | 999119815B4658C0FF752B3646FF5241172A67B2 | 06/16/2019 01:41:37 | Blacked Raw | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 47 | 88F141141A30BFF7CE73552E3E170D8D0E470CBF | 06/16/2019 01:41:29 | Blacked Raw | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 48 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | 06/16/2019 01:41:21 | Blacked Raw | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 49 | 0A913ACCE91DDDC1B1EAFC3C48710BCAC622D345 | 06/16/2019 01:41:15 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 50 | 48FC851FEDE158FA68466F2C2EC15D57A24CE18A | 06/16/2019 01:41:05 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 51 | D50BF8212FE5D98D5F36C1B12E745F493E67C6DE | 06/16/2019 01:40:58 | Blacked Raw | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 52 | 896414FEC6D0B67D55D70E796377323E455E6185 | 06/16/2019 01:35:22 | Blacked Raw | 03/03/2019 | 04/17/2019 | PA0002186905 |
| 53 | D6AD015747232DAC71CEFCAD3A562B2FF93D8EC3 | 06/16/2019 01:35:21 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 54 | 3AF342FFAE34E88BB4EDFE585C8B5917F5C64C5E | 06/16/2019 01:34:51 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 55 | 388E7ED27703F4B83AC8FC4EA6512E7B4FBC5AEC | 06/16/2019 01:34:47 | Blacked Raw | 04/07/2019 | 05/28/2019 | PA0002200775 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 56 | D31CBC39E31EA20141EB847E24725F06CFC004AB | 06/12/2019 03:22:28 | Blacked | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 57 | 41984F94C9AC43B144D8CD75B0F8B1F6BA6804B2 | 06/12/2019 03:22:23 | Blacked Raw | 06/06/2019 | 08/02/2019 | PA0002192288 |
| 58 | 17C2B0609BE9B92AE0D1C44F1D6212EA6D1BB636 | 06/10/2019 03:06:21 | Vixen | 08/12/2017 | 08/17/2017 | PA0002048373 |
| 59 | D75C4212C94EACD789D6AA48F9EDD3AEE3170037 | 05/29/2019 21:57:30 | Vixen | 10/21/2017 | 11/30/2017 | PA0002098006 |
| 60 | A89525172FC31E96791A5091366B3B562DA0B84A | 05/24/2019 10:42:22 | Blacked Raw | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 61 | 1A0041630B2C6445C2EB513D93271F272FFDE8C4 | 05/24/2019 10:35:50 | Vixen | 09/26/2017 | 10/10/2017 | PA0002085861 |
| 62 | 60A3091D0C256FC35025232D5F8DCBFA7D1BE7C9 | 05/24/2019 10:09:08 | Blacked Raw | 04/02/2019 | 05/28/2019 | PA0002200780 |
| 63 | 4A18442901D044C4BD730B2D0D8E716D01A32DD1 | 05/24/2019 09:41:03 | Tushy | 04/01/2017 | 06/05/2017 | PA0002050768 |
| 64 | C340030059AF08957371330E339FB3AA67E8FFDB | 05/24/2019 07:46:05 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 65 | 557B0DE14F6A7A062A05FC99F16612D803949D3D | 05/24/2019 07:43:25 | Tushy | 05/21/2019 | 06/17/2019 | PA0002181294 |
| 66 | 4F66CB8B23BA0087866331E186EA7328DB385A98 | 02/04/2019 23:15:35 | Vixen | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 67 | 35824768BF7B365F1CA830E078527B52C12DC631 | 02/04/2019 23:14:09 | Tushy | 08/19/2018 | 09/05/2018 | PA0002134998 |
| 68 | EA3A1459FD63ECD6B26644B90833EB3BD0C7E235 | 01/28/2019 03:30:40 | Vixen | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 69 | D58C49FC89FD8F6368844D416AA2553740062838 | 01/28/2019 03:23:25 | Tushy | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 70 | C75D2E32CF8D8B2AC61DA56AA33AEE3C70EE140D | 01/28/2019 00:48:29 | Tushy | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 71 | 96B96A3E64E38C9D336D94275AFE8788EF7EC305 | 01/03/2019 00:37:53 | Tushy | 01/01/2019 | 02/02/2019 | PA0002155376 |
| 72 | ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39 | 12/26/2018 23:03:41 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 73 | 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78 | 12/26/2018 23:01:00 | Blacked | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 74 | BC99AFD8339B2F6F1D938E7B2DE177ED9F98AE97 | 12/26/2018 23:00:28 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 75 | F4AA138039846AD2D2205FAA3036CD827E520187 | 12/16/2018 09:50:04 | Tushy | 10/18/2017 | 11/30/2017 | PA0002098004 |
| 76 | 42D25EA4B1A9033D15803A9F27699FE5ACBE02AD | 12/16/2018 08:59:16 | Vixen | 08/02/2018 | 09/01/2018 | PA0002119574 |